No. 662. KLAR *v.* ERIE R. CO. ET AL. Jurisdictional statement submitted March 11, 1929. Decided April 8, 1929. *Per Curiam:* The appeal is dismissed on the au-

thority of § 237 (a) of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction and the absence of a federal question. Treating the appeal as an application for certiorari the same is also denied. *Mr. Don F. Reed* for appellant. *Messrs. E. A. Foote* and *D. B. Holt* for appellees.